*E-Filed 7/28/10*

LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Herbert Cockcroft

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert Cockcroft,<br><br>            Plaintiff,<br><br>    vs.<br><br>Frederick J. Hanna & Associates, P.C.;<br>and Does 1-100, inclusive,<br><br>            Defendants. | Case No.: 3:10-cv-01833-RS<br><br>**ORDER** |

1 | Good cause appearing, the Case Management Conference set for August 5, 2010 at 10:00 a.m. is continued to September 23, 2010 at 10:00 a.m. Joint Case Management Statement is due on September 16, 2010.

**IT IS SO ORDERED.**

Dated: __7/27_____ ___, 2010

_____
Honorable Richard Seeborg
Judge of the District Court