***E-Filed 12/20/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Herbert Cockcroft, | No. C 10-01833 RS |
|       Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| Frederick J. Hanna & Associates, P.C., | |
|       Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **February 17, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 24, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/20/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE