*E-Filed 2/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert Cockcroft,<br><br>    Plaintiff,<br><br>    vs.<br><br>Frederick J. Hanna & Associates, P.C.;<br>and Does 1 through 100,<br>    Defendant. | Case No.: 3:10-cv-01833-RS<br><br>**JOINT STIPULATION<br>FOR DISMISSAL<br>WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    2/18/11

_____
HON. RICHARD SEEBORG
U.S. DISTRICT JUDGE